# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 17-40693 | | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|---|
| Case Name: | ERATH IRON AND METAL, INC. | | | Date Filed (f) or Converted (c): | 10/17/2017 (c) |
| For the Period Ending: | 09/30/2020 | | | §341(a) Meeting Date: | 11/28/2017 |
| | | | | Claims Bar Date: | 03/19/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Bank funds WF ###1206 (u) | $0.00 | $139.08 | | $139.08 | FA |
| 2 | Insurance refund-National Lloyds (u) | $0.00 | $567.00 | | $567.00 | FA |
| 3 | Cash on hand-remaining petty cash. (u) | $1,530.70 | $337.75 | | $337.75 | FA |
| 4 | Accounts receivables-not administered in chapter 7 case. | $165,865.20 | $0.00 | | $0.00 | FA |
| 5 | EIM Operations LLC 100% | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Value Amendment DE# 103 4,658,822. Conversion schedules DKT# 348 unknown value | | | | | |
| 6 | EIM Aviation LLC | $0.00 | $0.00 | | $0.00 | FA |
| 7 | EIM Express LLC | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Recyclable materials. Not administered in the chapter 7 case. | $233,795.41 | $0.00 | | $0.00 | FA |
| 9 | Desks, computers. Not administered in the chapter 7 case. | $1,500.00 | $0.00 | | $0.00 | FA |
| 10 | Automobiles, trucks trailers, cranes (52 entries) | $4,153,426.00 | $0.00 | | $8,400.00 | FA |
| 11 | Other machinery. Not administered in the chapter 7 case. | $5,552,045.34 | $0.00 | | $0.00 | FA |
| 12 | Real property-6970 S. US. Hwy 377 Stephenville, TX 76401 11.708 acre. Not administered in the chapter 7 case. | $4,330,000.00 | $0.00 | | $0.00 | FA |
| 13 | 3 lots 235 W. Elm St Dublin TX 76646 Office, Warehouse, and recycling facility. Not administered in the chapter 7 case. | $330,000.00 | $0.00 | | $0.00 | FA |
| 14 | 6686 S. US. Hwy 377 Stephenville, TX 76401 Parking Lot on 2.35 acres Tractor, Trailer, Truck Parking Lot. Not administered in the chapter 7 case. | $225,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Foreclosed DIP lien Marshall Scott Davis Dkt# 284 | | | | | |
| 15 | 589 CR 378 Stephenville, TX 76401 3 houses, barn apartment, office, shed and storage on 13.10 acres. 22080 N US 281 Stephenville TX 76401 Home on 5.809 acres. Not administered in the chapter 7 case. | $605,000.00 | $0.00 | | $0.00 | FA |
| 16 | Customer lists-6 yards. Not administered in the chapter 7 case. | $300.00 | $0.00 | | $0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 17-40693 | | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|---|
| Case Name: | ERATH IRON AND METAL, INC. | | | Date Filed (f) or Converted (c): | 10/17/2017 (c) |
| For the Period Ending: | 09/30/2020 | | | §341(a) Meeting Date: | 11/28/2017 |
| | | | | Claims Bar Date: | 03/19/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17 | Goodwill. Not administered in the chapter 7 case. | $500,000.00 | $0.00 | | $0.00 | FA |
| 18 | John Boyd's Claim from Business Unknown | Unknown | $0.00 | | $0.00 | FA |
| 19 | DIP Checking-First Financial Bank | $24,496.19 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Conversion schedules DKT# 348 | | | | | |
| 20 | Checking First Financial Bank (2 accounts) | $126.61 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Conversion schedules DKT# 348 | | | | | |
| 21 | Texas Bank checking (2 accounts) | $668.21 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Conversion schedules DKT# 348 | | | | | |
| 22 | Checking F&M Bank | $179.40 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Conversion schedules DKT# 348 | | | | | |
| 23 | 2 Clements trailers | Unknown | $5,000.00 | | $22,000.00 | FA |
| **Asset Notes:** | Conversion schedules DKT# 348 | | | | | |
| 24 | Restitution (u) | $0.00 | $0.00 | | $78.33 | FA |
| 25 | Refunds (u) | $0.00 | $947.26 | | $3,151.52 | FA |
| 26 | Brazos Electric Coop dividend (u) | $0.00 | $56.39 | | $56.39 | FA |
| 27 | Chapter 5 recoveries-each listed as separate asset. | $0.00 | $120,000.00 | | $0.00 | FA |
| 28 | Preference v. DFW Industrial Metals and Recycling-Adv #19-04012 (u) | $0.00 | $6,000.00 | | $6,000.00 | FA |
| 29 | Preference v Yellowstone Capital LLC (u) | $0.00 | $5,500.00 | | $5,500.00 | FA |
| 30 | Preference v. Ace Funding Group (u) | $0.00 | $8,000.00 | | $8,000.00 | FA |
| 31 | Preference v Murphy Scott $2,833,677.61 demand (u) | $0.00 | $2,833,677.61 | | $17,250.00 | FA |
| 32 | Preference v. Nicolle Boyd $12,833 demand (u) | $0.00 | $12,833.00 | | $0.00 | FA |
| 33 | Preference v Budget Wrench $5,344.32 demand (u) | $0.00 | $5,344.32 | | $3,200.00 | FA |
| 34 | Preference v Temaxx LLC $18,434.10 default judgment entered | $0.00 | $18,434.10 | | $0.00 | $18,434.10 |
| 35 | Preference v. Red Cymbal (u) | $0.00 | $10,000.00 | | $10,000.00 | FA |
| 35 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 35 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 35 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 36 | Preference v Bridgeport Iron & Metal $21,986.79 demand (u) | $0.00 | $21,986.79 | | $1,000.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 17-40693 | | | Trustee Name: | Shawn K. Brown |
| Case Name: | ERATH IRON AND METAL, INC. | | | Date Filed (f) or Converted (c): | 10/17/2017 (c) |
| For the Period Ending: | 09/30/2020 | | | §341(a) Meeting Date: | 11/28/2017 |
| | | | | Claims Bar Date: | 03/19/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 37  Preference v Midwest Engine Inc Default judgment entered for $14,590  (u) | $0.00 | $10,240.00 | | $0.00 | $10,240.00 |
| 38  Preference v Appleton Electric $17,396.39 demand | $0.00 | $17,396.39 | | $8,500.00 | FA |
| **Asset Notes:**  Settled | | | | | |
| 39  Preference v Accu-Lock Inc. $11,351.45 demand | $0.00 | $11,351.45 | | $0.00 | FA |
| **Asset Notes:**  Dismissed | | | | | |
| 40  Preference v Power Up Lending Group $31,577.98 demand  (u) | $0.00 | $31,577.98 | | $18,500.00 | FA |
| 41  Claim v Parham garage for stay violation  (u) | $0.00 | $1,000.00 | | $1,000.00 | FA |
| 42  United Cooperative Services member dividends  (u) | $0.00 | $81.03 | | $81.03 | FA |
| 43  Preference v Murphy Scott Resources-DUPLICATE ASSET ENTRY | $0.00 | $17,500.00 | | $0.00 | FA |
| 44  United Cooperative Services member dividend refund  (u) | $0.00 | $59.62 | | $0.00 | FA |

**TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets**
| | $16,123,933.06 | $3,138,029.77 | | $113,761.10 | $28,674.10 |

**Major Activities affecting case closing:**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** | 17-40693 | | | **Trustee Name:** | Shawn K. Brown |
| **Case Name:** | ERATH IRON AND METAL, INC. | | | **Date Filed (f) or Converted (c):** | 10/17/2017 (c) |
| **For the Period Ending:** | 09/30/2020 | | | **§341(a) Meeting Date:** | 11/28/2017 |
| | | | | **Claims Bar Date:** | 03/19/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

10/12/2020  UPDATE 10.12.20--CHAPTER 5 COLLECTION OF DEFAULT JUDGMENTS ONGOING. BASED ON CHAPTER 11 ALLOWED ADMINISTRATIVE EXPENSES TOTALING OVER $400,000, CASE IS LIKELY ADMINISTRATIVELY INSOLVENT, WITH NO DISTRIBUTIONS TO PRIORITY AND GENERAL UNSECURED CREDITORS ANTICIPATED. FINAL TAX RETURN TO BE PREPARED.

UPDATE 8.28.18-SUBSTANTIALLY ALL TANGIBLE ASSETS, REAL AND PERSONAL, HAVE BEEN REPOSSESSED AND FORECLOSED PURSUANT TO MULTIPLE STAY ORDERS ENTERED IN THE CASE. TRUSTEE AND HIS PROFESSIONALS ARE REVIEWING POTENTAIL CHAPTER 5 AND OTHER CAISES OF ACTION.

UPDATE 10.16.18-SALE OF TRAILERS IN PROCESS. CHAPTER 5 ACTIONS UNDER REVIEW.

UPDATE 4.18.19-CHAPTER 5 ACTIONS ARE FILED AND BEING PURSUED.

UPDATE 10.15.19-CHAPTER 5 ACTIONS PENDING.

UPDATE 4.21.20-ONE CHAPTER 5 ACTION PENDING. CHAPTER 5 JUDGMENTS IN COLLECTION PROCESS.

ASSETS ARE CHAPTER 5 AND OTHER POTENTIAL ACTIONS

MAJOR ACTIVITIES:

SECURE PROPERTY
SECURE DOCUMENTS AND DATA

CLAIMS BAR DATE SET: 12.19.17
CLAIMS REVIEW DATE:
CLAIMS OBJECTIONS FILED DATE:
FINAL ALLOWANCE DATE:

TAX RETURN 505 LETTER SENT DATE: 2016, 17 18 sent 9.13.19
PROMPT DETERMINATION RECEIVED DATE:

PREFERENCE/FRAUDULENT TRANSFER REVIEW

TFR PREPARED AND SENT TO UST DATE:
TFR APPROVED AND FILED DATE:
FEE APPLICATIONS FILED DATE:
TFR FINAL AND CHECKS MAILED DATE:

| | | | **SUBTOTALS** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 17-40693 | | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|---|
| Case Name: | ERATH IRON AND METAL, INC. | | | Date Filed (f) or Converted (c): | 10/17/2017 (c) |
| For the Period Ending: | 09/30/2020 | | | §341(a) Meeting Date: | 11/28/2017 |
| | | | | Claims Bar Date: | 03/19/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

ZERO BALANCE DATE:
TDR SENT TO UST DATE:
TDR FILED DATE:

**Initial Projected Date Of Final Report (TFR):**   12/31/2021      **Current Projected Date Of Final Report (TFR):**      /s/ SHAWN K. BROWN

SHAWN K. BROWN

**FORM 2**

Page No: 1

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 17-40693 | | | **Trustee Name:** | Shawn K. Brown | |
| **Case Name:** | ERATH IRON AND METAL, INC. | | | **Bank Name:** | Independent Bank | |
| **Primary Taxpayer ID #:** | **-***9575 | | | **Checking Acct #:** | ******0693 | |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | |
| **For Period Beginning:** | 10/01/2019 | | | **Blanket bond (per case limit):** | $300,000.00 | |
| **For Period Ending:** | 09/30/2020 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/15/2017 | (1) | WELLS FARGO | Bank funds | 1290-010 | $139.08 | | $139.08 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.07 | $139.01 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.20 | $138.81 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.20 | $138.61 |
| 02/26/2018 | (24) | STEPHENS COUNTY DIST. CLERK | Restituition payment | 1221-000 | $3.33 | | $141.94 |
| 02/27/2018 | (3) | ERATH IRON & METAL, INC | Petty cash delivered by N. Boyd-purchased cashiers check with cash. | 1290-010 | $337.75 | | $479.69 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.20 | $479.49 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.71 | $478.78 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.68 | $478.10 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.71 | $477.39 |
| 06/22/2018 | (24) | JOHNSON & SOMMERVELLE | Criminal restitution payment-Clay Russell Perry | 1221-000 | $75.00 | | $552.39 |
| 06/22/2018 | (25) | UNITED COOPERATIVE SERVICES | Refund | 1290-000 | $947.26 | | $1,499.65 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.97 | $1,498.68 |
| 07/02/2018 | (2) | NATIONAL LLOYDS INSURANCE COMPANY | Unearned premium refund | 1290-000 | $567.00 | | $2,065.68 |
| 07/02/2018 | 2001 | Bates & Myers Company | July storage (1/2 with Regency) | 2410-000 | | $75.00 | $1,990.68 |
| 07/30/2018 | 2002 | Bates & Myers Company | August 2018 storage (1/2 with Regency) | 2410-000 | | $75.00 | $1,915.68 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.93 | $1,912.75 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $0.47 | $1,912.28 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($0.47) | $1,912.75 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $33.47 | $1,879.28 |
| 09/04/2018 | 2003 | Bates & Myers Company | September 2018 storage (1/2 with Regency) | 2410-000 | | $75.00 | $1,804.28 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($33.47) | $1,837.75 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $2.84 | $1,834.91 |
| 10/05/2018 | 2004 | Bates & Myers Company | October 2018 storage (1/2 with Regency) | 2410-000 | | $75.00 | $1,759.91 |
| | | | **SUBTOTALS** | | **$2,069.42** | **$309.51** | |

**FORM 2**

Page No: 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 17-40693 | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|
| Case Name: | ERATH IRON AND METAL, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9575 | | Checking Acct #: | ******0693 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2019 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/26/2018 | (26) | UNITED COOPERATIVE SERVICES | Dividend payment | 1290-000 | $56.39 | | $1,816.30 |
| 11/06/2018 | 2005 | Bates & Myers Company | November 2018 storage (1/2 with Regency) | 2410-000 | | $75.00 | $1,741.30 |
| 12/03/2018 | 2006 | Bates & Myers Company | December 2018 storage (1/2 with Regency) | 2410-000 | | $75.00 | $1,666.30 |
| 01/02/2019 | 2007 | Bates & Myers Company | January 2019 storage (1/2 with Regency) | 2410-000 | | $75.00 | $1,591.30 |
| 01/14/2019 | 2008 | Clerk, U.S. Bankruptcy Court | Certified copy of motion to sell | 2700-000 | | $14.00 | $1,577.30 |
| 02/04/2019 | 2009 | Bates & Myers Company | February 2019 storage (1/2 with Regency) | 2410-000 | | $75.00 | $1,502.30 |
| 02/18/2019 | | ROSEN SYSTEMS, INC. | Auction proceeds | * | $25,400.00 | | $26,902.30 |
| | {23} | | $22,000.00 | 1129-000 | | | $26,902.30 |
| | {10} | | $3,400.00 | 1129-000 | | | $26,902.30 |
| 03/02/2019 | 2010 | Bates & Myers Company | March 2019 storage (1/2 with Regency) | 2410-000 | | $75.00 | $26,827.30 |
| 03/25/2019 | 2011 | Marilyn D. Garner, Trustee | One half sale proceeds of Transcraft trailer per Order Dkt#386 and Motion 381. | 2500-000 | | $1,700.00 | $25,127.30 |
| 03/29/2019 | 2012 | Clerk, US Bankruptcy Court | Certified order fee #415 | 2700-000 | | $12.00 | $25,115.30 |
| 04/03/2019 | (10) | THE MILL | Sale proceeds Mack truck Order #415 | 1129-000 | $5,000.00 | | $30,115.30 |
| 04/03/2019 | 2013 | Bates & Myers Company | April 2019 storage (1/2 with Regency) | 2410-000 | | $75.00 | $30,040.30 |
| 04/23/2019 | (28) | DFW INDUSTRIAL METALS & RECYCLING INC. | Preference settlement payment | 1241-000 | $6,000.00 | | $36,040.30 |
| 04/23/2019 | 2014 | Rosen Systems, Inc. | Order Dkt# 431 | 3620-000 | | $462.59 | $35,577.71 |
| 05/01/2019 | 2015 | Bates & Myers Company | May 2019 storage (1/2 with Regency) | 2410-000 | | $75.00 | $35,502.71 |
| 05/27/2019 | (29) | YELLOWSTONE CAPITAL LLC | Preference settlement payment | 1241-000 | $5,500.00 | | $41,002.71 |
| 06/04/2019 | 2016 | Bates & Myers Company | June 2019 storage (1/2 with Regency) | 2410-000 | | $75.00 | $40,927.71 |
| 06/20/2019 | 2017 | Nicolle Boyd | Reimburse postage for mailing to CPA | 2990-000 | | $11.50 | $40,916.21 |
| 07/03/2019 | 2018 | Bates & Myers Company | July 2019 storage (1/2 with Regency) | 2410-000 | | $75.00 | $40,841.21 |
| 07/12/2019 | 2019 | Litzler Segner Shaw & McKenney LLP | Expense advance on A-Legal copy invoice for 454.84. Balance paid by LSSM. | 2990-000 | | $200.00 | $40,641.21 |
| 07/15/2019 | (25) | PACCAR FINANCIAL CORP | Refund | 1290-000 | $2,204.26 | | $42,845.47 |

**SUBTOTALS**  $44,160.65  $3,075.09

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| Case No. | 17-40693 | | Trustee Name: | Shawn K. Brown |
| --- | --- | --- | --- | --- |
| Case Name: | ERATH IRON AND METAL, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9575 | | Checking Acct #: | ******0693 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2019 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/16/2019 | (41) | NORRED LAW, PLLC | Settlement payment. Parham Garage | 1249-000 | $1,000.00 | | $43,845.47 |
| 08/01/2019 | 2020 | Bates & Myers Company | August 2019 storage (1/2 with Regency) | 2410-000 | | $75.00 | $43,770.47 |
| 08/06/2019 | (30) | GABRIEL ASKARINAM FAST BUSINESS FINANCIAL LLC | Settlement payment Ace Funding Source LLC | 1241-000 | $8,000.00 | | $51,770.47 |
| 08/08/2019 | (35) | J. BRYANT BOYD, DESIGN BUILD | Settlement payment Red CymbalManagement LLC | 1241-000 | $10,000.00 | | $61,770.47 |
| 08/14/2019 | (38) | APPLETON GROUP | Settlement payment | 1141-000 | $8,500.00 | | $70,270.47 |
| 09/03/2019 | 2021 | Bates & Myers Company | September 2019 storage (1/2 with Regency) | 2410-000 | | $75.00 | $70,195.47 |
| 09/06/2019 | (33) | ENTERPRISE RECYCLING LTD DBA BUDGET WRENCH APART | Settlement payment | 1241-000 | $3,200.00 | | $73,395.47 |
| 10/07/2019 | 2022 | Bates & Myers Company | October 2019 storage (1/2 with Regency) | 2410-000 | | $75.00 | $73,320.47 |
| 11/04/2019 | 2023 | Bates & Myers Company | November 2019 storage (1/2 with Regency) | 2410-000 | | $75.00 | $73,245.47 |
| 11/20/2019 | (40) | POWER UP LENDING GROUP LTD | Settlement payment | 1241-000 | $18,500.00 | | $91,745.47 |
| 12/03/2019 | (36) | MICHAEL RATLIFF LAW ACCOUNT | Settlement Bridgeport Iron & Metal-attorney trust accoount | 1241-000 | $1,000.00 | | $92,745.47 |
| 12/04/2019 | 2024 | Bates & Myers Company | December 2019 storage (1/2 with Regency) | 2410-000 | | $75.00 | $92,670.47 |
| 12/13/2019 | (42) | UNITED COOPERATIVE SERVICES | Member dividend | 1290-000 | $20.64 | | $92,691.11 |
| 12/13/2019 | (42) | UNITED COOPERATIVE SERVICES | Member dividend | 1290-000 | $60.39 | | $92,751.50 |
| 01/03/2020 | 2025 | Bates & Myers Company | January 2020 storage (1/2 with Regency) | 2410-000 | | $75.00 | $92,676.50 |
| 02/05/2020 | 2026 | Bates & Myers Company | February 2020 storage (1/2 with Regency) | 2410-000 | | $75.00 | $92,601.50 |
| 03/06/2020 | 2027 | Bates & Myers Company | March 2020 storage (1/2 with Regency) | 2410-000 | | $75.00 | $92,526.50 |
| 03/23/2020 | (31) | MURPHY SCOTT RESOURCES | Settlement payment | 1241-000 | $17,250.00 | | $109,776.50 |
| 04/03/2020 | 2028 | Bates & Myers Company | April 2020 storage (1/2 with Regency) | 2410-000 | | $75.00 | $109,701.50 |
| 05/05/2020 | 2029 | Bates & Myers Company | May 2020 storage. | 2410-000 | | $150.00 | $109,551.50 |
| 06/01/2020 | 2030 | Bates & Myers Company | June 2020 storage. | 2410-000 | | $150.00 | $109,401.50 |
| 06/04/2020 | 2031 | REGENCY DEVELOPMENT & CONSTRUCTION SERVICES, LLC | Refund Regency Development case for storage charge paid after Regency TFR submitted. | 2410-000 | | $75.00 | $109,326.50 |
| 07/06/2020 | 2032 | Bates & Myers Company | July 2020 storage. | 2410-000 | | $150.00 | $109,176.50 |
| | | | | SUBTOTALS | $67,531.03 | $1,200.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4

| | | |
|---|---|---|
| **Case No.** | 17-40693 | |
| **Case Name:** | ERATH IRON AND METAL, INC. | |
| **Primary Taxpayer ID #:** | **-***9575 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/01/2019 | |
| **For Period Ending:** | 09/30/2020 | |

| | |
|---|---|
| **Trustee Name:** | Shawn K. Brown |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******0693 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $300,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/03/2020 | 2033 | Bates & Myers Company | August 2020 storage. | 2410-000 | | $150.00 | $109,026.50 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $159.04 | $108,867.46 |
| 09/01/2020 | 2034 | Bates & Myers Company | September 2020 storage. | 2410-000 | | $150.00 | $108,717.46 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $158.61 | $108,558.85 |
| | | | **TOTALS:** | | $113,761.10 | $5,202.25 | $108,558.85 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $113,761.10 | $5,202.25 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $113,761.10 | $5,202.25 | |

**For the period of 10/01/2019 to 09/30/2020**

| | |
|---|---|
| Total Compensable Receipts: | $36,831.03 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $36,831.03 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,667.65 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,667.65 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/15/2017 to 9/30/2020**

| | |
|---|---|
| Total Compensable Receipts: | $113,761.10 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $113,761.10 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,202.25 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,202.25 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| Case No. | 17-40693 | | Trustee Name: | Shawn K. Brown |
| Case Name: | ERATH IRON AND METAL, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9575 | | Checking Acct #: | ******0693 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2019 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

TOTAL - ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $113,761.10 | $5,202.25 | $108,558.85 |

**For the period of 10/01/2019 to 09/30/2020**

| | |
|---|---|
| Total Compensable Receipts: | $36,831.03 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $36,831.03 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,667.65 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,667.65 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/15/2017 to 9/30/2020**

| | |
|---|---|
| Total Compensable Receipts: | $113,761.10 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $113,761.10 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,202.25 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,202.25 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ SHAWN K. BROWN

SHAWN K. BROWN